[68 NE3d 90, 45 NYS3d 362]

Estate of Helen Del Terzo et al., Respondents, v 33 Fifth Avenue Owners Corp., Appellant.

Decided December 20, 2016

### APPEARANCES OF COUNSEL

*Boyd Richards Parker & Colonnelli, P.L.*, New York City (*Bryan J. Mazzola* of counsel), for appellant.

*Smith, Buss & Jacobs, LLP*, Yonkers (*John J. Malley* and *Nancy Durand* of counsel), for respondents.

*Gallet Dreyer & Berkey, LLP*, New York City (*Marc J. Luxemburg* of counsel), for Council of New York Cooperatives and Condominiums, amicus curiae.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative. The Appellate Division did not err in holding defendant 33 Fifth Avenue Owners Corp. breached paragraph 16 (b) of its proprietary lease by unreasonably withholding consent to transfer shares allocated to an apartment and the lease ap-

purtenant thereto from plaintiff Estate of Helen Del Terzo to plaintiffs Michael Del Terzo and Julius Robert Del Terzo. Defendant's remaining arguments are unavailing.

Concur: Chief Judge DiFIORE and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA.